UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| MATTHEWS MANUFACTURING, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Plaintiff, the United States of America, by and through its undersigned counsel, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jane Rund, Assistant United States Attorney for said District, and for its cause of action against the Defendant, states as follows:

1. Plaintiff is the United States of America ("United States") and this Court has jurisdiction over the subject matter of this action by virtue of Title 28, United States Code, Section 1345. This is a debt collection action pursuant to the Federal Debt Collection Improvement Act of 1996, 31 U.S.C. §3701, *et seq.*

2. Defendant Matthews Manufacturing, Inc. resides within the boundaries of the Eastern Division of the Eastern District of Missouri.

3. Defendant Matthews Manufacturing, Inc. is indebted to Plaintiff United States of America in the amount $60,253.54, which includes a current principal amount of $35,600.00, interest of $1,262.18, and penalties, costs, and administrative fees of $23,391.36, pursuant to 31 U.S.C. §§ 3717(e), 3711 (g)(6), and 28 U.S.C. §527. This debt arose in connection with the

1

defendants' July 2015 default on $35,600.00 of citations for violations of Occupational Safety and Health Administration codes. Attached hereto as Exhibit "1".

     4.     On September 2, 2015, a demand letter was sent by the U.S. Department of Labor, Occupational Safety and Health Administration.  Attached hereto as Exhibit "2".

     5.     After Matthews Manufacturing, Inc. failed to make payments, debt was referred to the U.S. Department of Treasury, Bureau of the Fiscal Service.  A demand letter was sent by the Department of Treasury, Bureau of the Fiscal Service, to Defendant Matthews Manufacturing, Inc..  Attached hereto as Exhibit "3" is the Demand Letter dated December 12, 2015.

     6.     Attached hereto as Exhibit "4" is a Certificate of Indebtedness prepared by the U. S. Department of the Treasury, Bureau of the Fiscal Service, acting on behalf of the U.S. Department of Labor, Occupational Safety and Health Administration, establishing the basis for Defendants' Matthews Manufacturing, Inc. liability of a total debt of $60,253.54.

     WHEREFORE, the United States of America prays for judgment against the Defendant Matthews Manufacturing, Inc. in the sum of $35,600.00 principal, with interest of $1,262.18, and penalties, costs and administrative fees of $23,391.36, for a total of $60,253.54, and for such other and further relief as the Court may deem proper.

                         Respectfully submitted,

                         JEFFREY B. JENSEN
                         United States Attorney

                         /s/ Jane Rund
                         JANE RUND   #47298 MO
                         Assistant United States Attorney
                         111 South Tenth Street, Room 20.333
                         St. Louis, MO 63102
                         (314)539-7636   (314)539-2287 fax
                         Email: jane.rund@usdoj.gov

**U.S. Department of Labor**
Occupational Safety and Health Administration
1222 Spruce Street
Room 9.104
Saint Louis, MO 63103
Phone: 314-425-4249  Fax: 314-425-4289





## Citation and Notification of Penalty

**To:**
MATTHEWS MANUFACTURING INC.
and its successors
41 BRANCH STREET
Saint Louis, MO 63147

**Inspection Number:** 1059249
**Inspection Date(s):** 04/29/2015 - 04/29/2015
**Issuance Date:** 06/01/2015
**Reply to the attention of:**  Strategic Team Leader

**Inspection Site:**
41 BRANCH STREET
Saint Louis, MO 63147

The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.</u>

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically on www.pay.gov. On the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type "**OSHA**" and click Go. From the results, click on **OSHA Penalty Payment Form**. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334.

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an

employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

06/01/2015. The conference will be held by telephone or at the OSHA office located at 1222

Spruce Street, Room 9.104, Saint Louis, MO 63103 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1059249**

Company Name: MATTHEWS MANUFACTURING INC.
Inspection Site: 41 BRANCH STREET, Saint Louis, MO 63147
Issuance Date: 06/01/2015

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 1222 Spruce Street, Room 9.104, Saint Louis, MO 63103**

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                        Date

_____          _____
Typed or Printed Name                            Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 – 04/29/2015
Issuance Date: 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 1  Item 1</u>    Type of Violation: **Serious**

OSH ACT of 1970 Section (5)(a)(1):

Section 5(a)(1) of the Occupational Safety and Health Act of 1970:  The employer did not furnish employment and a place of employment which were free from recognized hazards that were causing or likely to cause death or serious physical harm to employee(s) in that employee(s) were exposed to the hazard of being caught-in:

Inside of the Sheet Metal Department, employee(s) were exposed to an amputation/laceration hazard due to a possible machine process malfunction on the following equipment:

a/  Cincinnati Shear, m/n 1812, s/n 35385.

One method of abatement to correct this apparent hazard is to install an emergency stop device as required by ANSI B11.4-2003, paragraph 6.2.4.

DISCLAIMER:

a/  The employer is not limited to the abatement method(s) suggested by OSHA.
b/  The employer is responsible for selecting and implementing an effective abatement method.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                      07/17/2015
Proposed Penalty:                                                                          $2000.00

---

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                                    Page 6 of 25                                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 - 04/29/2015
Issuance Date: 06/01/2015



<u>Citation and Notification of Penalty</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

<u>Citation 1  Item 2</u>    Type of Violation: **Serious**

OSH ACT of 1970 Section (5)(a)(1):

Section 5(a)(1) of the Occupational Safety and Health Act of 1970:  The employer did not furnish employment and a place of employment which were free from recognized hazards that were causing or likely to cause death or serious physical harm to employee(s) in that employee(s) were exposed to the hazard of being caught-in:

Inside of the Sheet Metal Department, employee(s) were exposed to an amputation/laceration hazard due to a possible, inadvertent cycling of the following equipment:

a/  Cincinnati Shear, m/n 1812, s/n 35385.

One method of abatement to correct this apparent hazard is to install a cover over the treadle bar as required by ANSI B11.4-2003, paragraph 6.3.3.3.

DISCLAIMER:

a/  The employer is not limited to the abatement method(s) suggested by OSHA.
b/  The employer is responsible for selecting and implementing an effective abatement method.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                        07/17/2015
Proposed Penalty:                                                                        $2000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 7 of 25                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 - 04/29/2015
Issuance Date: 06/01/2015



## Citation and Notification of Penalty

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

Citation 1  Item 3 a  Type of Violation: **Serious**

29 CFR 1910.101(b):  Section 3.4.4., Compressed Gas Association Pamphlet P-1-1965, as adopted by 29 CFR 1910.101(b): Compressed gas cylinder(s) were not properly supported to prevent them from being knocked over:

a/  Inside of the Catch-All Area, a compressed gas cylinder partially filled with argon was not supported to prevent it from being knocked over.  This cylinder was located adjacent to a parked tractor.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

### ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM

Date By Which Violation Must be Abated:                             07/17/2015
Proposed Penalty:                                                              $2000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 8 of 25                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 – 04/29/2015
Issuance Date: 06/01/2015



## Citation and Notification of Penalty

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 1  Item 3 b</u> Type of Violation: **Serious**

29 CFR 1910.253(b)(2)(ii): Inside of buildings, cylinder(s) were not stored in a well-protected, well-ventilated, dry location, at least 20 (6.1 m) feet from highly combustible materials such as oil or excelsior:

a/ Inside of the Gas Storage Area, four oxygen cylinders were stored with one cylinder that contained liquid propane.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                     07/17/2015

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                        Page 9 of 25                                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1059249
**Inspection Date(s):** 04/29/2015 - 04/29/2015
**Issuance Date:** 06/01/2015



## Citation and Notification of Penalty

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 1  Item 4</u>   Type of Violation: **Serious**

29 CFR 1910.136(a):  The employer did not ensure that each affected employee used protective footwear when working in areas where there was a danger of foot injuries due to falling or rolling objects, or objects piercing the sole, and where such employee's feet were exposed to electrical hazards:

a/  Inside of the Weld Area, employee(s) were not provided with steel-toed boots or the equivalent while operating the Shepard Niles Lift-A-About 2T Underslung Crane, unknown m/n or s/n, and the Coffing 2T Underslung Crane, unknown m/n or s/n.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                07/17/2015
Proposed Penalty:                                         $2000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty             Page 10 of 25              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 – 04/29/2015
Issuance Date: 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

<u>Citation 1  Item 5 a</u>  Type of Violation: **Serious**

29 CFR 1910.147(c)(1):  The employer did not establish a program consisting of energy control procedures, employee training and periodic inspections to ensure that before any employee performs any servicing or maintenance on a machine or equipment where the unexpected energizing, startup or release of stored energy could occur and cause injury, the machine or equipment shall be isolated from the energy source and rendered inoperative:

a/  The employer did not develop or implement a written lockout/tagout program for machinery such as the Standard Industrial Press Brake, m/n AB200-12, s/n F5041327.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                          07/17/2015
Proposed Penalty:                                                                                $2000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                     Page 11 of 25                                          OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1059249
**Inspection Date(s):** 04/29/2015 - 04/29/2015
**Issuance Date:** 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

<u>Citation 1   Item 5 b</u>  Type of Violation: **Serious**

29 CFR 1910.147(c)(4)(ii): The procedures did not clearly and specifically outline the scope, purpose, authorization, rules, and techniques to be utilized for the control of hazardous energy, and the means to enforce compliance including, but not limited to, the following:

a/  Inside of the Sheet Metal Department, the specific lockout/tagout procedure for the Standard Industrial Press Brake, m/n AB200-12, s/n F5041327, did not identify hydraulics as an energy source or how to isolate it.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                    07/17/2015

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                         Page 12 of 25                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1059249
**Inspection Date(s):** 04/29/2015 – 04/29/2015
**Issuance Date:** 06/01/2015



### Citation and Notification of Penalty

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 1  Item 6</u>   Type of Violation: **Serious**

29 CFR 1910.147(d)(3):  All energy isolating devices that were needed to control the energy to the machine or equipment were not physically located and operated in such a manner as to isolate the machine or equipment from the energy source(s):

Inside of the Sheet Metal Department, the following energy sources were not isolated during the changing to a die belonging to the Standard Industrial Press Brake, m/n AB200-12, s/n F5041327:

a/ Hydraulics.

b/ Gravity.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                              07/17/2015
Proposed Penalty:                                                                    $2000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 13 of 25                            OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 - 04/29/2015
Issuance Date: 06/01/2015



**Citation and Notification of Penalty**

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 1   Item 7</u>    Type of Violation: **Serious**

29 CFR 1910.179(m)(1):  Thorough monthly inspections of rope conditions, with written, dated, and signed reports, were not performed on the running ropes:

a/  Inside of the Weld Area, monthly inspections, with written, signed, and dated reports were not performed on the running ropes belonging to the Shepard Niles Lift-A-About 2T Crane.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                              07/17/2015
Proposed Penalty:                                                           $2000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 14 of 25                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 – 04/29/2015
Issuance Date: 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 1  Item 8</u>    Type of Violation: **Serious**

29 CFR 1910.184(i)(1):  Synthetic web sling(s) were not marked or coded to show the rated capacities for each type of hitch and type of synthetic web material:

a/  Inside of the Weld Area, the label indicating the rated load and type of material belonging to a synthetic web sling was illegible.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                              07/17/2015
Proposed Penalty:                                                                   $2000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 15 of 25                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 – 04/29/2015
Issuance Date: 06/01/2015



### Citation and Notification of Penalty

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 1  Item 9</u>    Type of Violation: **Serious**

29 CFR 1910.305(b)(1)(ii): Unused openings in cabinets, boxes, and fittings were not effectively closed:

a/  Inside of the Reception Area, the control for the overhead lighting was missing a toggle switch.

b/  Inside of the Assembly Area, the dual receptacle box powering overhead lighting was missing two knockouts.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:          07/17/2015
Proposed Penalty:                                $2000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 16 of 25.                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1059249
**Inspection Date(s):** 04/29/2015 – 04/29/2015
**Issuance Date:** 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 2  Item 1</u>    Type of Violation: **Repeat**

29 CFR 1910.147(c)(6)(i): The employer did not conduct a periodic inspection of the energy control procedure at least annually to ensure that the procedure and the requirements of this standard were being followed:

a/ Inside of the Sheet Metal Department, the employer did not conduct an annual inspection of the specific lockout/tagout procedure for the Standard Industrial Press Brake, m/n AB200-12, s/n F5041327.

Matthews Manufacturing Inc. was previously cited for a violation of this occupational safety and health standard or its equivalent standard, 29 CFR 1910.147(c)(6)(i), which was contained in OSHA inspection number 314153263, citation number 1, item number 50, and was affirmed as a final order on 12/29/14, with respect to a workplace located at 41 Branch Street, St. Louis, MO 63147.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                    07/17/2015
Proposed Penalty:                                          $4000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty.                Page 17 of 25                          OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 - 04/29/2015
Issuance Date: 06/01/2015



<u>Citation and Notification of Penalty</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

<u>Citation 2  Item 2 a</u>  Type of Violation: **Repeat**

29 CFR 1910.179(j)(2)(iii):  Monthly inspections of hooks, with signed reports, were not performed:

a/  Inside of the Weld Area, monthly inspections of the hooks, with signed reports, belonging to the Shepard Niles Lift-A-About, 2T Crane and the Coffing 2T Crane, were not performed.

Matthews Manufacturing Inc. was previously cited for a violation of this occupational safety and health standard or its equivalent standard, 29 CFR 1910.179(j)(2), which was contained in OSHA inspection number 314153263, citation number 1, item number 60, and was affirmed as a final order on 12/29/14, with respect to a workplace located at 41 Branch Street, St. Louis, MO 63147.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                              07/17/2015
Proposed Penalty:                                                              $4000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 18 of 25                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 - 04/29/2015
Issuance Date: 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

<u>Citation 2  Item 2 b</u>  Type of Violation: **Repeat**

29 CFR 1910.179(j)(2)(iv):  Monthly inspections of hoist chains, with signed reports, were not performed:

a/  Inside of the Weld Area, inspections of the hoist chains, with signed reports, belonging to the Coffing 2T Crane, were not performed.

Matthews Manufacturing Inc. was previously cited for a violation of this occupational safety and health standard or its equivalent standard, 29 CFR 1910.179(j)(2), which was contained in OSHA inspection number 314153263, citation number 1, item number 60, and was affirmed as a final order on 12/29/14, with respect to a workplace located at 41 Branch Street, St. Louis, MO 63147.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                     07/17/2015

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 19 of 25                              OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 – 04/29/2015
Issuance Date: 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 2  Item 3</u>    Type of Violation: **Repeat**

29 CFR 1910.184(i)(9)(iv):  Synthetic web sling(s) with broken or worn stitches were not immediately removed from service:

a/  Inside of the Weld Area, the synthetic web sling used to lift metal lids possessed severely worn stitches along both sides.

Matthews Manufacturing Inc. was previously cited for a violation of this occupational safety and health standard or its equivalent standard, 29 CFR 1910.184(c)(3), which was contained in OSHA inspection number 314153263, citation number 1, item number 63, and was affirmed as a final order on 12/29/14, with respect to a workplace located at 41 Branch Street, St. Louis, MO 63147.

---

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                                 07/17/2015
Proposed Penalty:                                                                                       $4000.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                              Page 20 of 25                                            OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1059249
**Inspection Date(s):** 04/29/2015 - 04/29/2015
**Issuance Date:** 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

<u>Citation 2  Item 4 a</u>  Type of Violation: **Repeat**

29 CFR 1910.212(a)(1):  One or more methods of machine guarding were not provided to protect the operator and other employees in the machine area from hazards such as those created by point of operation, ingoing nip points, rotating parts, flying chips and sparks:

Inside of the Catch-All Department, the following machines were unguarded:

a/  Hartwig Drilling Machine, m/n 34962-1, unknown s/n.

b/  HAAS CNC Milling Machine, m/n VF4, s/n 41747.

c/  Apex Vertical Sander, m/n 211, unknown s/n.

Inside of the Assembly Area, the following machine was unguarded:

a/  JET Milling Machine, m/n M1L4, s/n 806015.

Inside of the Tool Room, the following machine was unguarded:

a/  Cincinnati Lathe, m/n 15, unknown s/n.

Inside of the Sheet Metal Department, the following machines were unguarded:

a/  Alliant Milling Machine, unknown m/n, s/n 10917687.

b/  Alliant Milling Machine, unknown m/n or s/n.

c/  Bridgeport Milling Machine, unknown m/n, s/n 055886.

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 - 04/29/2015
Issuance Date: 06/01/2015



<u>Citation and Notification of Penalty</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

d/ Well Horizontal Band Saw, m/n 1270, s/n unknown.

e/ Cincinnati Shear, m/n 1812, s/n 35385.

Matthews Manufacturing Inc. was previously cited for a violation of this occupational safety and health standard or its equivalent standard, 29 CFR 1910.212(a)(1), which was contained in OSHA inspection number 314153263, citation number 1, item number 64, and was affirmed as a final order on 12/29/14, with respect to a workplace located at 41 Branch Street, St. Louis, MO 63147.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:  07/17/2015
Proposed Penalty:  $5600.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty          Page 22 of 25          OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 1059249
Inspection Date(s): 04/29/2015 – 04/29/2015
Issuance Date: 06/01/2015



<u>**Citation and Notification of Penalty**</u>

**Company Name:** MATTHEWS MANUFACTURING INC.
**Inspection Site:** 41 BRANCH STREET, Saint Louis, MO 63147

---

<u>Citation 2  Item 4 b</u> Type of Violation: **Repeat**

29 CFR 1910.212(a)(3)(ii): Point(s) of operation (P.O.O.) of machinery were not guarded to prevent employee(s) from having any part of their body in the danger zone(s) during operating cycle(s):

Inside of the Sheet Metal Department, the P.O.O. belonging to the following machines was not adequately guarded:

a/  Cincinnati Shear, m/n 1812, s/n 35385.

b/  Standard Industrial Press Brake, m/n AB200-12, s/n F5041327, at the front and both sides.

Matthews Manufacturing Inc. was previously cited for a violation of this occupational safety and health standard or its equivalent standard, 29 CFR 1910.212(a)(3)(ii), which was contained in OSHA inspection number 314153263, citation number 1, item number 65, and was affirmed as a final order on 12/29/14, with respect to a workplace located at 41 Branch Street, St. Louis, MO 63147.

ABATEMENT CERTIFICATION AND ABATEMENT VERIFICATION ARE REQUIRED FOR THIS VIOLATION.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                    07/17/2015

**William D. McDonald, CSP**
Area Director

---

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 23 of 25                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration
1222 Spruce Street
Room 9.104
Saint Louis, MO 63103
Phone: 314-425-4249  Fax: 314-425-4289



# INVOICE /
# DEBT COLLECTION NOTICE

| | |
|---|---|
| **Company Name:** | **MATTHEWS MANUFACTURING INC.** |
| **Inspection Site:** | **41 BRANCH STREET, Saint Louis, MO 63147** |
| **Issuance Date:** | **06/01/2015** |

| | |
|---|---|
| **Summary of Penalties for Inspection Number** | **1059249** |
| **Citation 1, Serious** | **$18000.00** |
| **Citation 2, Repeat** | **$17600.00** |
| **TOTAL  PROPOSED PENALTIES** | **$35600.00** |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance.  You can also make your payment electronically on www.pay.gov.  On the left side of the pay.gov homepage, you will see an option to Search Public Forms.  Type "OSHA" and click Go. From the results, click on OSHA Penalty Payment Form.  The direct link is https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334.  You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information.  Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH.  If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check,  money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed

account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____          6/1/2015
**William D. McDonald, CSP**                              Date
Area Director

## U.S. Department of Labor

Occupational Safety and Health Administration
1222 Spruce Street Room 9.104
Saint Louis, MO 63103
Phone: 314-425-4249  Fax: 314-425-4289

September 02, 2015

MATTHEWS MANUFACTURING INC.
41 BRANCH STREET
Saint Louis, MO 63147

Inspection Number  : 1059249
Due Date           : 06/30/2015
Delinquent Date    : 07/30/2015



Dear Employer:

A notification of payment due for penalties assessed under the Occupational Safety and Health Act was sent to your firm on 06/01/2015. Payment was due on the date shown above and our records show that full payment has not been received. Unless payment is already in the mail, the unpaid balance shall be deemed delinquent.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the Department of Labor (29 CFR Part 20), effective March 8, 1985, the Occupational Safety and Health Administration is required to assess interest, as well as delinquent and administrative charges for overdue penalties. Interest on the unpaid balance which accrues at an annual rate of 1 percent a year from the date the payment became due has been assessed. In addition, the administrative cost of $10.00 which has been incurred for this collection letter in order to recover the amount due has also been assessed. If the total amount due, including penalty, interest and administrative costs is not paid within one month of the date this letter is received, the matter will be referred to the National Office of the Occupational Safety and Health Administration in Washington, D.C. for further action. The National Office will assess additional interest and administrative charges. If the penalty is delinquent for more than three (3) months, a delinquent charge of six (6) percent a year accruing from the date that the debt became delinquent, will also be assessed.

Further, you should be aware that, pursuant to the provisions of the Debt Collection Act, it is the policy of the Department of Labor and the Occupational Safety and Health Administration to disclose information concerning delinquent claims to commercial credit reporting agencies, to utilize the services of private debt collectors and to report information on unpaid debts to the Internal Revenue Service. To preclude exercise of the authorities discussed above and to avoid incurring additional charges, please remit the total amount due as indicated below:

A review of our records indicates that you have paid: $0.00

The current unpaid balance of the total penalty assessed is: $35600.00

The current total of interest accrued is: $59.33

The current total delinquent is: $0.00

The current charge for administrative cost is: $10.00

TOTAL AMOUNT NOW DUE : $35669.33

Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the

remittance.  You can also make your payment electronically on www.pay.gov  the left side of the pay.gov homepage, you will see an option to Search Public Forms. Type "OSHA" and click Go.  From the results, click on **OSHA Penalty Payment Form**.  The direct link is as follows:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information.  Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH.  If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

If you have recently submitted a payment covering the total amount of the penalty due, please disregard this notice.  If you are unable to submit full payment at this time, or if you have any questions, please contact me immediately.

Sincerely,

William McDonald
Area Director

DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P. O. BOX 830794
BIRMINGHAM, AL 35283-0794

December 12, 2015



 GOVERNMENT EXHIBIT 3


MATTHEWS MANUFACTURING INC.
c/o Matt Alexander Business Contact
41 BRANCH STREET
SAINT LOUIS, MO 63147

FedDebt Case Identification: 1500324835A
Agency Debt Identification: 1059249A584431

Your unpaid delinquent debt owed to the Department of Labor, Occupational Safety and Health Admin, OSHA, has been referred to the U.S. Department of the Treasury for collection. According to the records of the Department of Labor, you owe $36,507.65.

Collection action will continue unless you make payment, within ten (10) days from the date of this letter, in the amount of $46,729.79, which includes all applicable fees, interest, and penalties, as of today.

If you wish to avoid further collection action and additional charges, you must immediately pay your debt. Your check or money order should be made payable to the U.S. Treasury-FS. To ensure proper credit to your account, please include the FedDebt Case Identification Number 1500324835A in the memo section of your payment. Please note that we accept credit card payments via MasterCard, Visa, Discover, or American Express. Please send your payment with the attached PAYMENT COUPON to: U.S. Department of the Treasury - FS
Debt Management Services
Post Office Box 979101
St. Louis, MO 63197-9000

You may also make an electronic payment via pay.gov:
(https://www.pay.gov/paygov/paymydebt).

Correspondence should be mailed to: U.S. Department of the Treasury
Debt Management Services
Post Office Box 830794
Birmingham, AL 35283-0794

If you are unable to pay your debt in full, please contact a Customer Service Representative toll free at (888) 826-3127, or the Telecommunications Device for the Deaf (TDD) at (866) 896-2947.

U. S. Department of the Treasury
Debt Management Services

DSBDL__003_ fdv1                 Detach Here          00000016231500324835A DL__0032558050 108

PAYMENT COUPON

MATTHEWS MANUFACTURING INC.
c/o Matt Alexander Business Contact
41 BRANCH STREET
SAINT LOUIS, MO 63147

FedDebt Case Identification Number:  1500324835A
Amount Due:  $46,729.79
Amount Enclosed: _____

METHOD OF PAYMENT (check one):
*Make the check/money order payable to: U.S. Department of the Treasury-FS*
☐ Personal/Company Check   ☐ Money Order  ☐ Bank Check
☐ Visa   ☐ MasterCard   ☐ Discover  ☐ American Express
Credit Card Account Number: _____

Expiration Date: _____  Authorized Amount: _____

Authorized Signature: _____

Remit to:
U.S. Department of the Treasury--FS
Debt Management Services
Post Office Box 979101
St. Louis, Mo 63196-9000

979101  1500324835A  0004672979  5



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC  20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address (es):

Matthews Manufacturing, Inc.
41 Branch Street
St. Louis, MO 63147

**Total debt due United States as of January 23, 2019:**
Principal: $35,600.00
Interest (@1.0%): $ 1,262.18
Penalty (@6.0%): $ 7,395.04
Admin.: $    20.00
Treasury & DOJ fees: $15,976.32
(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 527 Note)
TOTAL: $60,253.54

I certify that the U. S. Department of Labor, Occupational Safety and Health Administration (OSHA)
records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with the debtor's July 2015 failure to repay a civil penalty owed to the U.S.
Department of Labor, Occupational Safety and Health Administration (OSHA), stemming from seventeen
employee and public safety violations of the Occupational Safety and Health Act of 1970 (29 U.S.C. 651 et
seq.), as noted during an April 29, 2015 OSHA inspection of debtor's St. Louis, Missouri site..

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true
and correct to the best of my knowledge and belief based upon information provided by the U. S.
Department of Labor, Occupational Safety and Health Administration.

Date: 1/23/19

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

GOVERNMENT EXHIBIT 4
CARDELS 800-783-0399

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA , | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| MATTHEWS MANUFACTURING, INC. , | ) ) ) |
| Defendant, | ) ) |

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐    THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____

AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐    THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY

PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND

THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY,

THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒    NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT

COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE

MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date: _10/24/19_

_____
Signature of Filing Party

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  St. Louis
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
JANE RUND, Assistant U.S. Attorney
111 South 10th Street, Room 20.333, St. Louis, MO 63102

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☒ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |

☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. 3717(e)

Brief description of cause:
Debt owed to U.S. Dept. of Labor, Occupational Seafety & Health Administration

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
60,253.54

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE  10/24/19

SIGNATURE OF ATTORNEY OF RECORD
Jane Rund, Assistant U.S. Attorney   *Jane Rund*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| MATTHEWS MANUFACTURING, INC. | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  MATTHEWS MANUFACTURING, INC.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  10/24/19

_____
*Signature of the attorney or unrepresented party*

JANE RUND, Assistant U.S. Attorney
*Printed name*

111 South 10th Street, Room 20.333
St. Louis, MO 63102
*Address*

Jane.Rund@usdoj.gov
*E-mail address*

314-539-7636
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| <u>UNITED STATES OF AMERICA</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| <u>MATTHEWS MANUFACTURING, INC.</u> | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  <u>JANE RUND, Assistant U.S. Attorney</u>
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.